UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BLACK DIAMOND GROUP LLC, | Case No. 1:17-cv-799 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | |
| SPEED FINANCIAL LLC, ET AL., | |
| Defendants. | |

## ORDER GRANTING PLAINTIFF JUDGMENT OF DAMAGES BY DEFAULT AGAINST DEFENDANT SPEED FINANCIAL LLC

For good cause shown (*see* Doc. 29), the Court hereby grants Plaintiff's motion (Doc. 28) for entry of default judgment against Defendant Speed Financial LLC, in the amount of $2,872,829.39, as of 9/18/2019, plus post-judgment interest at the legal rate until paid.

**IT IS SO ORDERED.**

Date: 1/10/20

Timothy S. Black
United States District Judge